Argued December 21, 1977, remanded for further findings January 23, reconsideration denied February 23, petition for review denied April 25, 1978

## FRANK E. WINGFIELD, *Petitioner,*
### *v.*
## OREGON STATE PENITENTIARY, *Respondent.*
### (No. 07-77-084, CA 9071)

573 P2d 1268

Stephanie A. Smythe, Deputy Public Defender, Salem, argued the cause and filed the brief for petitioner. With her on the brief was Gary D. Babcock, Public Defender, Salem.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

■ Petitioner appeals the decision of the superintendent of the Oregon State Penitentiary finding defendant guilty of Prison Rule 8, sexual activity. Petitioner was required to serve two years in the Segregation and Isolation Unit and forfeit 365 days of statutory good time. As to petitioner's first assignment, there was substantial evidence to support the finding of guilt.

■ Petitioner's other assignments relate to his contention that he was held in Segregation and Isolation for a period of 36 days without hearing or without any finding as required by *Bekins v. Cupp,* 274 Or 115, 545 P2d 861 (1976). We are unable to discern from the record the critical fact whether petitioner was placed in Segregation and Isolation on June 7 or July 7, 1977. The case must be remanded for further findings.

Remanded for further findings.